IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-09-00269-CV

 

In the
Interest of J.J.C., a Child

 

and

 

10-09-00270-CV

 

IN THE
INTEREST OF A.M.C., A CHILD

 

 

 



From the 74th District Court

McLennan County, Texas

Trial Court Nos. 2008-2035-3 and
2008-2350-3

 



ORDER



 

            The opinion in the above causes was
issued by this Court on April 7, 2010.  Pursuant to rule 49.4 of the Rules of
Appellate Procedure, the time for filing a motion for rehearing will be
shortened to seven (7) days after the issuance of this order.  Rule 21a of the
Texas Rules of Civil Procedure relating to additional time for filing due to
mailing does not apply.

 

If no timely motion for rehearing is filed,
pursuant to rule 2 of the Rules of Appellate Procedure, we will issue the
mandate in these appeals nine (9) days after the issuance of this order.  It is
the opinion of this Court that these shortened deadlines are necessary in the
interest of justice due to the fact that these are termination of parental
rights cases that are being remanded for new trials.

 

                                                                        PER
CURIAM

 

Before
Chief Justice Gray,

            Justice
Reyna, and

            Justice
Davis

Order
delivered and filed April 7, 2010

[CV06]